FILED
May 04, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002606278

**5**
MICHAEL P. DACQUISTO
Chapter 7 Trustee
PO Box 992631
Redding, California 96099-2631

Telephone: (530) 244-6267
Fax: (530) 244-0907

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No: 09-32008-C-7 |
| DAVID P. CARRILLO | NOTICE OF INTENT TO SELL ASSETS |
| _____Debtor_____/ | |

NOTICE IS GIVEN that the trustee, MICHAEL P. DACQUISTO, has filed this NOTICE OF INTENT TO SELL ASSETS in the above-entitled proceeding.

GROUNDS: The estate has non exempt equity in a 2008 Honda Civic automobile. The trustee wishes to sell this equity and will accept the best offer received over $10,000.00. Unless opposition is served on the trustee, the trustee will file a REPORT OF SALE upon consummation.

DATE: Unless an objection to this notice is filed, coupled with a noticed hearing date, no hearing will be held before the bankruptcy court handling this case.

OPPOSITION: All opposition to this notice must be filed with the United States Bankruptcy Court, Clerk's Office, 501 I Street, Room 3-200, Sacramento, California 95814 and must be served on Michael P. Dacquisto, Chapter 7 Trustee, P.O. Box 992631, Redding, California 96099-2631 no later than May 26, 2010. Furthermore, the request for hearing or opposition must be accompanied by any declarations or memoranda of law the opposing party wishes to present in support of its position.

1      Not all information on file with the court in this case is set forth in this notice. Any
2 interested party desiring further particulars may review the court's file in this case at the
3 United States Bankruptcy Court, Clerk's Office, 501 I Street, Room 3-200, Sacramento,
4 California 95814.
5      Date: May 4, 2010

/s/ Michael P. Dacquisto
MICHAEL P. DACQUISTO,
Chapter 7 Trustee

# PROOF OF SERVICE

I am a resident of and employed in the County of Shasta, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1901 Court Street, Redding, California 96001. On this date I served:

**NOTICE OF INTENT TO SELL ASSETS**

__X__ **BY MAIL** I mailed a true copy thereof in a sealed envelope, with postage thereon fully prepaid, in the United States Mail at Redding, California addressed as set forth below:

**SEE ATTACHED MAILING SERVICE LIST**

__X__ **BY E-SERVICE** I e-mailed a true copy thereof as a pdf attachment pursuant to FRCiv P 5 to the following persons at the addresses set forth below:

**ustpRegion17.sc.ecf@usdoj.gov
(United States Trustee)**

**bakerlawchico@sbcglobal.net
(Ken Baker, Attorney for Debtor)**

____ **BY FACSIMILE** I sent a true copy of the above document via facsimile transmission to the office(s) of the parties as set forth below on this date before 5:00 p.m. At the time of the transmission I was at least eighteen years of age and not a party to this legal proceeding. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2005(i), I caused the machine to print a transmission record, a copy of which is attached to this declaration. The transmission was made to:

I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. It is deposited with the United States Postal Service at their facility in Redding, California, the same day in the ordinary course of business. I am aware that upon motion of a party served, service shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in the affidavit.

I hereby certify that the document(s) listed above was/were produced on paper purchased as recycled.

____ **STATE** I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

__X__ **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 4, 2010, at Redding, California.

/s/ Sherry A. Wymore
SHERRY A. WYMORE

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0972-2<br>Case 09-32008<br>Eastern District of California<br>Sacramento<br>Tue May  4 12:30:44 PDT 2010 | American Express<br>c o Becket and Lee<br>Po Box 3001<br>Malvern PA 19355-0701 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Ken Baker<br>1430 East Ave #2-B<br>Chico, CA 95926-1629 | Bank Of America<br>Nc4-105-03-14<br>4161 Piedmont Pkwy<br>Greensboro NC 27410-8110 | Bank of America, NA<br>c/o Mark T. Domeyer<br>1665 Scenic Ave #200<br>Costa Mesa, CA 92626-1441 |
| Patti H. Bass<br>3936 E Ft Lowell Rd #200<br>Tucson, AZ 85712-1083 | David P. Carrillo<br>60 Harris Dr<br>Susanville, CA 96130-3811 | Chase - Cc<br>Attention Banktruptcy Department<br>Po Box 15298<br>Wilmintgon DE 19850-5298 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington DE 19850-5145 | Citi<br>Attn Centralized Bankruptcy<br>Po Box 20507<br>Kansas City MO 64195-0507 | Countrywide Home Lending<br>Attention Bankruptcy SV-314B<br>PO Box 5170<br>Simi Valley CA 93062-5170 |
| Michael P. Dacquisto<br>PO Box 992631<br>Redding, CA 96099-2631 | Dell Financial Services<br>Attn Bankruptcy Dept<br>12234 North Ih 35<br>Austin TX 78753-1724 | Mark T. Domeyer<br>1231 E. Dyer Road, Suite 100<br>Santa Ana, CA 92705-5643 |
| Franchise Tax Board<br>PO Box 2952<br>Sacramento, CA 95812-2952 | GE Money Bank<br>Recovery Management Systems Corporation<br>25 SE 2nd Ave #1120<br>Miami FL 33131-1605 | Gemb chevron<br>Attention Bankruptcy<br>Po Box 103106<br>Roswell GA 30076-9106 |
| HSBC<br>Attn Bankruptcy<br>Po Box 5213<br>Carol Stream IL 60197-5213 | HSBC Bank Nevada, N.A.<br>c/o Patti H. Bass<br>3936 E Ft Lowell Rd #200<br>Tucson, AZ 85712-1083 | HSBC Bank Nevada, N.A. (Sony)<br>Bass and Associates, P.C.<br>3936 E Ft Lowell #200<br>Tucson AZ 85712-1083 |
| Hsbc sony<br>90 Christiana Rd<br>New Castle DE 19720-3118 | JC Penney<br>Attention Bankruptcy Department<br>Po Box 103106<br>Roswell GA 30076-9106 | Christopher M. Klein<br>Sacramento Division<br>U.S. Bankruptcy Court<br>501 I Street, Suite 3-200<br>Sacramento, CA 95814-7303 |
| Lassen County Fed Cr U<br>2605 Riverside Dr<br>Susanville CA 96130-4776 | Law Offices of Eugene D. Chittock<br>100 S Lassen St<br>Susanville CA 96130-4322 | Office of the U.S. Trustee<br>Robert T Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814-7304 |
| PYOD LLC<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602-9008 | Shell Oil Citibank<br>Attn Centralized Bankruptcy<br>Po Box 20507<br>Kansas City MO 64195-0507 | Washington Mutual Providian<br>Attn Bankruptcy Dept<br>Po Box 10467<br>Greenville SC 29603-0467 |

Wells Fargo Hm Mortgag
Attention Bankruptcy Department MAC-X
3476 Stateview Blvd
Fort Mill SC 29715-7203


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Bank of America, NA                  End of Label Matrix
                                        Mailable recipients    30
                                        Bypassed recipients     1
                                        Total                  31